Jack D. HALVORSEN, Appellant,

v.

Janette M. LOHMAN, Director
of Revenue, Respondent.

No. WD 52672.

Missouri Court of Appeals,
Western District.

Jan. 21, 1997.

Robert G. Duncan, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and BERREY and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Appellant appeals the trial court's denial of his § 577.041 petition for reinstatement of his driver's license following its revocation for refusal to submit to a breath chemical test after he was arrested for driving while intoxicated.

Judgment affirmed. Rule 84.16(b).